IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:17-CT-3122-D

| | |
|---|---|
| PAMELA HUMPHREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| BILL CREWS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

This matter comes before the court on Plaintiff's motion for additional discovery. [DE-91]. Defendants responded in opposition, contending that the deadline for discovery has already passed and that additional discovery would cause unnecessary delay. [DE-95].

On March 21, 2019, the court appointed North Carolina Prisoner Legal Services to assist Plaintiff in conducting discovery. [DE-72]. According to Defendants, NCPLS propounded two sets of written discovery requests upon Defendants. [DE-95] at 2. The deadline for discovery was October 3, 2019, and NCPLS filed its response to Standing Order 17-SO-03 on that date. NCPLS stated that it had assisted Plaintiff in conducting discovery, reviewed the discovery, and concluded that appointment of counsel was not required. [DE-90]. Because Plaintiff had the assistance of NCPLS, NCPLS determined that additional discovery was not required, and the deadline for discovery has passed, Plaintiff's motion for additional discovery is DENIED.

SO ORDERED, this the _15_ day of November, 2019.

Robert B. Jones, Jr.
United States Magistrate Judge